**Order entered July 24, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01416-CR

**ALEXANDER ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58374-H**

## ORDER

The Court **REINSTATES** the appeal.

On June 25, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On July 24, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the June 25, 2014 order requiring findings.

We **ORDER** Crystal Jones, official court reporter of the Criminal District Court No. 1, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 10.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Crystal Jones, official court reporter, Criminal District Court No. 1, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE